IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JAMES A. BOLEY, JR., )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ARMOR CORRECTIONAL HEALTH )<br>SERVICES, INC., *et al.*, )<br>      Defendants. )<br>_____) | Civil Action No. 2:21CV197 (RCY) |

**ORDER**

This matter is before the Court on counsel for Defendants Charlotte Hayes and Nursespring, LLC's Motion to Withdraw (ECF No. 235). These defendants are currently represented by John P. Dunnigan. In support of his Motion, Mr. Dunnigan represents that the above-named defendants have reached a settlement with Plaintiff, and no further legal action is required by him.

Because the defendants represented by Mr. Dunnigan are no longer parties to this action and doing so will not impact the resolution of any remaining issues, the Motion to Withdraw (ECF No. 235) is GRANTED.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                              /s/
                                      Roderick C. Young
                                      United States District Judge

Date: February 21, 2025
Richmond, Virginia