IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| JAMES A. BOLEY, JR., <br>     Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 2:21CV197 (RCY) |
| ARMOR CORRECTIONAL HEALTH <br> SERVICES, INC., *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) | |

**ORDER**

This matter is before the Court on Defendant Armor Correctional Health Services' and Defendant Arleathia Peck, LPN's (collectively, the "Movants") Motion for Set-off of Judgment (ECF No. 229). For the reasons described in the accompanying Memorandum Opinion, the Court GRANTS the Motion (ECF No. 229). The Court accordingly REDUCES the Movants' remaining liability to $225,000.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                                            /s/ <br>
                                                                  Roderick C. Young <br>
                                                              United States District Judge

Date: July 8, 2025 <br>
Richmond, Virginia