UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JAMES A. BOLEY, JR., ADMINISTRATOR
OF THE ESTATE OF ROBERT LEE BOLEY,
DECEASED,

       Plaintiff,

v.                                                  Civil Action No.: 2:21-cv-00197

ARMOR CORRECTIONAL HEALTH
SERVICES, INC., *et al.,*

       Defendants.

## NOTICE OF SATISFACTION OF JUDGMENT

      Plaintiff, James A. Boley, Jr., Administrator of the Estate of Robert Lee Boley, deceased, hereby gives notice that by check dated July 18, 2025, Defendants Armor Correctional Health Services, Inc. and Arleathia Peck, LPN have fully satisfied the judgment entered by this Court, and Plaintiff certifies that there are no outstanding executions with any Sheriff or Marshall.

                                                        Respectfully submitted,

                                                        JAMES A. BOLEY, JR., ADMINISTRATOR
                                                        OF THE ESTATE OF ROBERT LEE BOLEY,
                                                        DECEASED

                                                        By:   /s/ Mark J. Krudys
                                                                Counsel

Mark J. Krudys (VSB# 30718)
Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020

1

Richmond, VA  23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com; dzemel@krudys.com
Web:   www.krudys.com

*Counsel for Plaintiff James A. Boley, Jr.,
Administrator of the Estate of Robert Lee Boley,
Deceased*

## Certificate of Service

I hereby certify that on this 22nd day of July 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

        By:  /s/ Mark J. Krudys
            Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone:  (804) 774-7950
Fax:  (804) 381-4458
Email:  mkrudys@krudys.com
*Counsel for Plaintiff*